Johnny CRAWFORD, Jr., Plaintiff–Appellee

v.

Doug DRETKE, Defendants–Appellants.

No. 07–40359
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 11, 2008.

Christopher J. Gale, Gale, Wilson & Sanchez, San Antonio, TX, for Plaintiff–Appellee.

Patrick Nicholas Brezik, Office of the Attorney General, Law Enforcement Defense Div., Austin, TX, for Defendants–Appellants.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

For reasons explained by the United States Supreme Court in *Johnson v.*

*Jones,* 515 U.S. 304, 319–20, 115 S.Ct. 2151, 132 L.Ed.2d 238 (1995), we dismiss this appeal for lack of appellate jurisdiction.

DISMISSED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.